UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3284
_____

SGS U.S. TESTING COMPANY, INC.,

                                      Appellant

v.

TAKATA CORPORATION; TK HOLDINGS, INC.;
JOHN DOE COMPANIES (1–50)

_____

On Appeal from the United States District Court
for the District Court of New Jersey
District Court No. 2-09-cv-06007
District Judge: The Honorable Dennis M. Cavanaugh

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 12, 2013

Before: McKEE, *Chief Judge*, SMITH, and SLOVITER, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted on September 12, 2013.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered July 24, 2012, be and the same is hereby AFFIRMED in part and REVERSED in part, and the case is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.  The parties shall bear their own costs.

                            Attest:

                            /s/Marcia M. Waldron, Clerk

DATED: November 26, 2013